# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

UNITED STATES OF AMERICA     §
                                §
            v.                §   CIVIL ACTION NO. 3:19-CV-0626-S-BN
                                §
$7,700 IN U.S. CURRENCY AND    §
SIXTY-ONE MONEY ORDERS       §
TOTALING $42,495 IN U.S. CURRENCY   §

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated September 25, 2019, the Court finds that the Findings Conclusions, and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court. It is, therefore, ordered that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. The Court hereby grants Plaintiff's Motion to Dismiss Third-Party Claim for Want of Prosecution [ECF No. 15].

**SO ORDERED.**

SIGNED November 4, 2019.

_____
**UNITED STATES DISTRICT JUDGE**